# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Shelley L Hampel | Debtor | CHAPTER 7 |
| Quicken Loans Inc. | Movant | NO. 16-13897 JKF |
| vs. | | |
| Shelley L Hampel | Debtor | 11 U.S.C. Section 362 |
| Terry P. Dershaw Esq. | Trustee | |

**ORDER**

AND NOW, this 21st day of September, 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 628 Johnson Avenue, Upper Chichester, PA 19061 ("Property"), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.

cc: See attached service list

Shelley L Hampel
634 Johnson Avenue
Marcus Hook, PA 19061

Jeanne Marie Cella, Esq.
327 West Front Street (VIA ECF)
P.O. Box 168
Media, PA 19063

Terry P. Dershaw Esq.
P.O. Box 556 (VIA ECF)
Warminster, PA 18974-0556

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532