United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Shelley L Hampel
    Debtor

Case No. 16-13897-jkf
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: John                  Page 1 of 1              Date Rcvd: Sep 23, 2016
                         Form ID: pdf900          Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 25, 2016.
```
db             +Shelley L Hampel,    634 Johnson Ave,    Marcus Hook, PA 19061-4034
13756674       +Quicken Loans Inc.,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13745605       +Quicken Loans Inc.,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Sep 24 2016 02:04:17     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 24 2016 02:02:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 24 2016 02:03:56     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13736862       +E-mail/Text: bankruptcyteam@quickenloans.com Sep 24 2016 02:03:52     Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
                                                                                              TOTAL: 4
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 23, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    Quicken Loans Inc. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JEANNE MARIE CELLA    on behalf of Debtor Shelley L Hampel paralegal@lawbsc.com,
               pennduke@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Shelley L Hampel | | CHAPTER 7 |
| | Debtor | |
| Quicken Loans Inc. | | |
| | Movant | NO. 16-13897 JKF |
| vs. | | |
| Shelley L Hampel | | |
| | Debtor | 11 U.S.C. Section 362 |
| Terry P. Dershaw Esq. | | |
| | Trustee | |

**ORDER**

AND NOW, this 21st day of September, 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 628 Johnson Avenue, Upper Chichester, PA 19061 ("Property), as to Movant, its successors or assignees.

United States Bankruptcy Judge.

cc: See attached service list

Shelley L Hampel
634 Johnson Avenue
Marcus Hook, PA 19061

Jeanne Marie Cella, Esq.
327 West Front Street (VIA ECF)
P.O. Box 168
Media, PA 19063

Terry P. Dershaw Esq.
P.O. Box 556 (VIA ECF)
Warminster, PA 18974-0556

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532