United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Shelley L Hampel  
     Debtor

Case No. 16-13897-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: Dec 01, 2016  
                    Form ID: 195  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2016.  
db        +Shelley L Hampel,   634 Johnson Ave,   Marcus Hook, PA 19061-4034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2016 at the address(es) listed below:  
      ANDREW F GORNALL   on behalf of Creditor   Quicken Loans Inc. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
      JEANNE MARIE CELLA   on behalf of Debtor Shelley L Hampel paralegal@lawbsc.com, pennduke@gmail.com  
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      TERRY P. DERSHAW   td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  : Chapter 7

Shelley L Hampel  : Case No. 16–13897–jkf
      Debtor(s)

### ORDER
_____

    AND NOW, this day , December 1, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

23
Form 195